UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FALCO ERMERT,<br><br>                    Plaintiff,<br>v.<br><br>STOCKHOLM ENVIRONMENT<br>INSTITUTE U.S., INC.,<br><br>                    Defendant, | Civil Action |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**AND DEMAND FOR TRIAL BY JURY**

This is an Action for copyright infringement and damages under the Copyright Act of the United States, 17 U.S.C. §§ 101 *et seq*. Plaintiff alleges that Defendant, STOCKHOLM ENVIRONMENT INSTITUTE U.S., INC. copied and used a copyrighted photograph that is owned and registered to the Plaintiff, without Plaintiff's permission or authority.

**The Parties**

1. Plaintiff, FALCO ERMERT ("Ermert") is a German journalist and photographer based in Cologne, Germany. Ermert creates and markets his photographs under his own name as well as under the pseudonym, "Dronepicr."

2. Defendant STOCKHOLM ENVIRONMENT INSTITUTE U.S., INC. ("SEI") is a not-for-profit corporation duly organized by law, having a principal place of business at 11 Curtis Avenue, Somerville, Middlesex County, Commonwealth of Massachusetts 02144. SEI is

a corporation that conducts research and engages with decision-makers on energy, water and climate policy.

**Introductory Facts**

3. In or around 2019, Ermert created a photograph entitled "Berlin-aerial-view," which is shown below and is hereinafter referred to as the "Photograph."



4. Ermert registered the Photograph with the United States Copyright Office effective August 19, 2019, and it was assigned Registration Number VA 2-166-073. The Certificate of Registration for the Photograph is attached hereto as **Exhibit 1** and is incorporated herein by reference. At all relevant times, Ermert was the owner and copyright claimant of the Photograph.

**Jurisdiction and Venue**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 101 et seq.

6. This Court has subject matter jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. Venue is proper under 28 U.S.C. §§ 1391(b) and (c), and § 1400(a) because the events giving rise to the claims occurred in this district, SEI engaged in infringement in this district, SEI resides in this district, and SEI is subject to personal jurisdiction in this district.

**Copyright Infringement**

8. SEI and/or its agents, servants or employees copied the Photograph without Ermert's permission or authority, and distributed and displayed the Photograph to advertise and promote SEI's business and its goods and services. One of SEI's infringing uses of the Photograph is shown in **Exhibit 2**, which is attached hereto and is incorporated herein by reference.

9. SEI and/or its agents, servants or employees have infringed Ermert's copyright in and to the Photograph by scanning, copying, reproducing, distributing, publishing and/or otherwise using the Photograph without the permission or authority of Ermert in violation of 17 U.S.C. § 106.

10. Ermert discovered the unauthorized use of the Photograph by SEI on SEI's Website ([www.sei.org](www.sei.org)) on or about December 28, 2022.

11. Ermert never gave SEI permission or authority to copy, distribute or display the Photograph, and he so notified SEI of the allegations set forth herein on or about April 24, 2023 and May 22, 2023. To date, the parties have failed to resolve this matter.

**Damages and Relief**

12.     SEI has benefitted from the unauthorized use and infringement of the Photograph, while Ermert has suffered and will continue to suffer monetary damages, irreparable injury to his business, his reputation, and his goodwill in the marketplace.

13.     As a result of the actions of SEI and/or its agents, servants or employees, Ermert is entitled to injunctive relief, plus his actual damages and any profits earned by SEI that are attributable to the infringement. Ermert reserves his right to elect an award of actual damages and any profits earned by SEI that are attributable to the infringement, or alternatively he may elect for the court to issue an award of statutory damages in an amount ranging from $750 and up to $30,000. However, if this court finds that SEI committed the infringement willfully, Ermert may elect to seek an award of statutory damages in a sum up to $150,000. In either event, Ermert is seeking his attorney's fees and costs as part of his damages under 17 U.S.C. § 505.

WHEREFORE, the Plaintiff FALCO ERMERT prays for judgment against the Defendant STOCKHOLM ENVIRONMENT INSTITUTE U.S., INC. as follows:

a)      That SEI be required to deliver up for impoundment the originals and all copies of the Photograph in all forms whatsoever, which are in its possession or under its control, including all printed copies and all copies in magnetic, electronic and digital format, as well as all copies posted or displayed on any of SEI's websites and social media pages, and that SEI be permanently enjoined from using said Photograph in the future in any way whatsoever.

b)      That SEI be required to pay to Ermert such actual damages as he has sustained in consequence of the unauthorized use and infringement of Ermert's copyright to the

Photograph, and to account for all gains, profits and advantages derived by SEI from its use and infringement of the Photograph;

c) In lieu of Ermert's actual damages and the profits earned by SEI, that SEI be required to pay to Ermert such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000, or if the Court finds that the infringements were committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000;

d) That SEI pay Ermert his costs together with reasonable attorney's fees in an amount to be determined by this Court; and

e) That Ermert have such other and further relief as is deemed to be just and proper.

## Jury Demand

<u>Ermert hereby demands a trial by jury of all issues so triable.</u>

Respectfully submitted,
Counsel for Plaintiff Falco Ermert

April 30, 2025

*/s/ Andrew D. Epstein*
ANDREW D. EPSTEIN (155140)
99 Rockland Street
Swampscott, MA  01907
Direct Line: (617) 272-5700
Photolaw@aol.com

5